AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Private Citizen Ronald L. Holt; and, Private
Citizen Lyssa Royal Holt

        Plaintiffs,

V.

Alberto Gonzales, Attorney General

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV01692

TO: (Name and address of Defendant)

Alberto Gonzales, Attorney General
950 Pennsylvania Ave
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Private Citizen Ronald L. Holt; and, Private Citizen Lyssa
Royal Holt C/O
2241 East Kathleen Road
Phoenix, Arizona 85022

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          SEP 28 2005

CLERK          DATE

*Jackie Frances* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. DC- September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Oct 6, 2005 |
| NAME OF SERVER (PRINT) Keith Priest | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

✓ ☒ Other (specify): US POSTAL SERVICE REGISTERD MAIL # RA511832034US ON OCTOBER 5, 2005 FROM POST OFFICE PHOENIX ARIZONA GREENWAY PARKWAY STATION CLERK KB5040

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct 6, 2005      /s/ Keith Priest
                Date            Signature of Server

96863 Deer Valley, Lakeside, Az 85829
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
OCT 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT