AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

Private Citizen Ronald L. Holt; and, Private
Citizen Lyssa Royal Holt

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

Kenneth Wainstein, United States Attorney

CASE NUMBER:  **1:05CV01692**

TO: (Name and address of Defendant)

Kenneth Wainstein, United States Attorney
555 Fourth Street N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Private Citizen Ronald L. Holt; and, Private Citizen Lyssa
Royal Holt C/O
2241 East Kathleen Road
Phoenix, Arizona 85022

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        SEP 2 8 2005

CLERK                                          DATE

_Jackie France_

(By) DEPUTY CLERK