IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT, ) | |
| LYSSA ROYAL HOLT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 1:05-1692-RMU |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER

Defendant, the United States, respectfully requests that the Court enlarge the Government's time to answer the complaint an additional thirty days, to January 4, 2006.  As grounds for this motion, the Government asserts that the Internal Revenue Service is currently searching its records to determine what, if any, collection actions were taken against the plaintiffs.  Although the United States could certainly deny generally all the allegations in the complaint, doing so will not assist the parties and the Court in narrowing the disputed facts and subjects of the litigation.

**CERTIFICATE REQUIRED BY L.R. 7(m)**

Plaintiffs did not disclose their phone number on the complaint or on any other document filed with the Court.  Accordingly, counsel for defendant was unable to contact plaintiffs concerning this motion.

A proposed order is filed with this motion.

DATED:    December 5, 2005

        Respectfully submitted,

        <u>/s/ Jason S. Zarin</u>
        JASON S. ZARIN
        Trial Attorney, Tax Division
        United States Department of Justice
        Post Office Box 227
        Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Motion for Enlargement of Time to Answer has been made this 5th day of December, 2005, by mailing, postage prepaid, addressed to:

> Ronald & Lyssa Holt
> 2241 East Kathleen Road
> Phoenix, AZ 85022

/s/ Jason S. Zarin

_____

JASON S. ZARIN