IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD L. HOLT, | ) | |
| LYSSA ROYAL HOLT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-1692-RMU |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter comes before the Court on the United States' motion to enlarge time

to answer the complaint.  Having considered the motion, any opposition, and for good

cause shown, the Court GRANTS the motion.  Accordingly, the Court ORDERS that the

deadline for the United States to serve an answer to the complaint shall be enlarged

thirty (30) days to January 4, 2006.

So ordered this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been

made this 5th day of December, 2005, by mailing, postage prepaid, addressed to:

       Ronald & Lyssa Holt
       2241 East Kathleen Road
       Phoenix, AZ 85022

                                     /s/ Jason S. Zarin

                              _____

                              JASON S. ZARIN