IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT,<br>LYSSA ROYAL HOLT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 1:05-1692-RMU<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding, and strike the appearance of Jason S. Zarin.

DATED: January 10, 2006.

                                              Respectfully submitted,

                                              /s/ Jennifer L. Vozne
                                              JENNIFER L. VOZNE
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227, Ben Franklin Station
                                              Washington, D.C.  20044
                                              Telephone: (202) 307-6555
                                              Facsimile: (202) 514-6866
                                              Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1497021.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing ENTRY OF APPEARANCE has been made this 10th day of January, 2006, by mailing, postage prepaid, addressed to:

Ronald & Lyssa Holt
2241 East Kathleen Road
Phoenix, AZ 85022

/s/ Jennifer L. Vozne
_____
JENNIFER L. VOZNE