**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD L. HOLT, ) | |
| LYSSA ROYAL HOLT, ) | |
|             ) | |
|     Plaintiffs, ) | |
|             ) | |
| v.          ) | Civil No. 1:05-1692-RMU |
|             ) | |
| CYNTHIA DAVIDSON, *et al.*, ) | |
|             ) | |
|     Defendants. ) | |

**UNITED STATES AND INTERNAL REVENUE SERVICE'S SECOND MOTION
*NUNC PRO TUNC* FOR ENLARGEMENT OF TIME TO RESPOND TO
COMPLAINT BY ANSWER, MOTION OR OTHER RESPONSIVE PLEADING**

Defendants, the United States and the Internal Revenue Service, respectfully request that the Court enlarge the Government's time to respond to the complaint by answer, motion or other responsive pleading by an additional 30 days, to February 3, 2006.

As grounds for this motion, undersigned counsel asserts that the attorney previously assigned primary litigation responsibility for this case left the Tax Division, necessitating transfer of litigation responsibility to undersigned counsel. Undersigned counsel was assigned this case on January 6, 2006, and has not had time to adequately review the complaint and information provided by the Internal Revenue Service in order to respond to the allegations presented in the complaint. Additionally, counsel is currently scheduled to be out of the office for one week, beginning January 18, 2006, for a deposition, oral argument on a motion for summary judgment, and a trial. Between

current preparations for the deposition, oral argument, and trial as well as the fact that counsel will be out of the office for one week, the United States requests 30 days to file an answer, motion or other responsive pleading to the complaint.

### CERTIFICATE REQUIRED BY L.R. 7(m)

Plaintiffs did not disclose their phone number on the complaint or on any other document filed with the Court.  Accordingly, undersigned counsel was unable to contact plaintiffs concerning this motion.

A proposed order is filed with this motion.

DATED:    January 10, 2006.

        Respectfully submitted,

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE
        Trial Attorney, Tax Division
        United States Department of Justice
        Post Office Box 227
        Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 307-6555
        Facsimile: (202) 514-6866

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing UNITED STATES AND INTERNAL REVENUE SERVICE'S SECOND MOTION *NUNC PRO TUNC* FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT BY ANSWER, MOTION OR OTHER RESPONSIVE PLEADING and proposed ORDER has been made this 10th day of January, 2006, by mailing, postage prepaid, addressed to:

> Ronald & Lyssa Holt
> 2241 East Kathleen Road
> Phoenix, AZ 85022

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1497023.1