IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT, <br> LYSSA ROYAL HOLT, <br><br> Plaintiffs, <br><br> v. <br><br> CYNTHIA DAVIDSON, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:05-1692-RMU <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING UNITED STATES AND INTERNAL REVENUE SERVICE'S MOTION *NUNC PRO TUNC* FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT BY ANSWER, MOTION OR OTHER RESPONSIVE PLEADING**

This matter comes before the Court on the United States and Internal Revenue Service's motion to enlarge time to respond to the complaint. Having considered the motion, any opposition, and for good cause shown, the Court GRANTS the motion. Accordingly, the Court ORDERS that the deadline for the United States to serve an answer, motion or other responsive pleading to the complaint shall be enlarged 30 days to February 3, 2006.

Done this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

1497037.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044

Ronald & Lyssa Holt
2241 East Kathleen Road
Phoenix, AZ 85022