**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| RONALD L. HOLT,<br>LYSSA ROYAL HOLT,<br><br>       Plaintiffs,<br><br>      v.<br><br>CYNTHIA DAVIDSON, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 1:05-1692-RMU<br>)<br>)<br>)<br>) |

**DEFENDANTS' ANSWER**

Defendants, by and through their undersigned counsel, submit this answer to the complaint.

**FIRST DEFENSE**

The Court lacks subject matter jurisdiction over plaintiffs' complaint.

**SECOND DEFENSE**

The complaint fails to state a claim upon which relief may be granted.

**THIRD DEFENSE**

The Court may lack personal jurisdiction over some, if not all, of the individual defendants.

**FOURTH DEFENSE**

The Court lacks jurisdiction over the Internal Revenue Service.

## FIFTH DEFENSE

For their further answer, defendants respond to the numbered paragraphs of the complaint as follows:

| | |
|---|---|
| I.A. | Deny. |
| I.B. | Deny. |
| II.A. | This is plaintiffs' characterization of their complaint to which no response is necessary.  To the extent a response is necessary, denies. |
| II.B. | This is plaintiffs' characterization of their complaint to which no response is necessary.  To the extent a response is necessary, denies. |
| II.C. | Deny. |
| II.D. | Deny. |
| II.E. | Deny. |
| II.F. | Deny. |
| III.A. | Admit. |
| III.B. | Deny. |
| III.C. | Deny. |
| III.D. | Deny. |
| IV.A.1. | Deny. |
| IV.A.2. | Deny. |

IV.B.1.      Defendants' lack sufficient information or knowledge to form a

belief as to the truth of the matters asserted.

IV.B.2.      Admit.

IV.B.3.      Defendants lack sufficient information or knowledge to form a belief

as to the truth of the matters asserted.

IV.B.4.      Admit.

V.A.1.       Admit.

V.A.2.       Admit.

V.A.3.       Deny.

V.A.4.       Deny.

V.A.5.       Deny.

V.A.6.       Deny.

V.A.7.       Deny.

V.A.8.       Defendants lack sufficient information or knowledge to form a belief

as to the truth of the matters asserted.

V.A.9.       Deny.

V.B.1.       Admit.

V.B.2.       Admit.

V.B.3.       Admit.

V.B.4.        Defendants lack sufficient information or knowledge to form a belief

              as to the truth of the matters asserted.

V.B.5.        Defendants lack sufficient information or knowledge to form a belief

              as to the truth of the matters asserted.

V.B.6.        Defendants lack sufficient information or knowledge to form a belief

              as to the truth of the matters asserted.

V.B.7.        Defendants lack sufficient information or knowledge to form a belief

              as to the truth of the matters asserted.

V.B.8.        Defendants lack sufficient information or knowledge to form a belief

              as to the truth of the matters asserted.

V.B.9.        Defendants lack sufficient information or knowledge to form a belief

              as to the truth of the matters asserted.

VI.A.         Deny.

VI.B.         Deny.

VI.C.         Deny.

VI.D.         Deny.

VII.A.        Deny.

VII.B.1. through 4.   Deny.

VII.C.        Deny.

VIII.A.       Deny.

VIII.B.        Deny.

WHEREFORE, defendants respectfully request that this Court

A.      dismiss the case with prejudice;

B.      award the United States its costs and attorneys fees; and

C.      grant such other and further relief as may be deemed appropriate under the

circumstances.

DATED:        February 3, 2006.

Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6555
Facsimile: (202) 514-6866

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing DEFENDANTS' ANSWER has

been made this 3rd day of February, 2006, by mailing, postage prepaid, addressed to:

> Ronald & Lyssa Holt
> 2241 East Kathleen Road
> Phoenix, AZ 85022


/s/ Jennifer L. Vozne
_____ JENNIFER L. VOZNE

1533281.1