IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT,           )<br>LYSSA ROYAL HOLT,      )<br>                                        )<br>            Plaintiffs,         )<br>                                        )<br>       v.                             )<br>                                        )<br>CYNTHIA DAVIDSON, *et al.*, )<br>                                        )<br>            Defendants.       ) | Civil No. 1:05-1692-RMU |

## ORDER DENYING PLAINTIFFS' MOTION FOR MORE DEFINITE STATEMENT AND FOR SANCTIONS UNDER FED. R. CIV. P. 11(b) AND FOR REFERRAL TO THE BAR DISCIPLINARY COMMITTEE

Having considered plaintiffs' motion for more definite statement and for sanctions and bar referral, defendants' opposition, any reply thereto, and the entire record of this case, it is by the Court

ORDERED that the motion for a more definite statement is DENIED;

ORDERED that the motion for sanctions and bar referral is DENIED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 200____.

_____
UNITED STATES DISTRICT JUDGE

1575084.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Ronald & Lyssa Holt
2241 East Kathleen Road
Phoenix, AZ 85022