### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT,<br>LYSSA ROYAL HOLT,<br><br>   Plaintiffs,<br><br>v.<br><br>CYNTHIA DAVIDSON, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:05-1692-RMU<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANTS' MOTION
### FOR JUDGMENT ON THE PLEADINGS

Having considered defendants' motion for judgment on the pleadings, any opposition and reply thereto, and the entire record of this case, it is by the Court

ORDERED that the motion for judgment on the pleadings is GRANTED;

ORDERED that judgment be and is entered for the defendants; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

DONE this _____ day of _____ 2006 at Washington, District of Columbia.

_____
UNITED STATES DISTRICT JUDGE

1585785.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Ronald & Lyssa Holt
Plaintiffs Pro Se
2241 East Kathleen Road
Phoenix, AZ 85022