IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT & <br> LYSSA ROYAL HOLT, <br><br> Plaintiffs, <br><br> v. <br><br> CYNTHIA DAVIDSON, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:05-1692-RMU <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants, pursuant to Fed. R. Civ. P. 6(b)(1), move the Court for an extension of time to serve a reply in support of their motion for judgment on the pleadings. Defendants request an additional 11 days or up to and including April 21, 2006, in which to serve a reply.

As grounds for this motion, defendants assert that they need additional time to consult with the Internal Revenue Service in order to adequately respond to plaintiffs' challenges to the regulation and plaintiffs' request that the Court exercise equity jurisdiction.

A supporting memorandum and proposed order accompany this request. Also, pursuant to LCvR 7(m), undersigned counsel was unable to obtain

plaintiffs' consent prior to filing this request.1/

Date: April 10, 2006.

                                  Respectfully submitted,

                                  /s/ Jennifer L. Vozne
                                  JENNIFER L. VOZNE
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P. O. Box 227, Ben Franklin Station
                                  Washington, D.C.  20044
                                  Phone/Fax:  (202) 307-6555/514-6866
                                  Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

---

    1/ Plaintiffs did not provide their telephone number when they filed their complaint, nor have they provided their number on any other document filed with the Court in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD L. HOLT & | ) | |
| LYSSA ROYAL HOLT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-1692-RMU |
| | ) | |
| CYNTHIA DAVIDSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE REPLY
IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

This is a civil action in which plaintiffs seek damages under 26 U.S.C. § 7433 and an order requiring the Internal Revenue Service (IRS) and its employees to "comply with each and every statutory requirement in the performance of duties[.]"

STATEMENT

1. <u>Introduction and background.</u>  On August 24, 2005, plaintiffs filed the present action.  Defendants filed their answer on February 3, 2006 and a motion for judgment on the pleadings on March 9, 2006.  On March 31, 2006, plaintiffs served their opposition to defendants' motion for judgment on the pleadings.  In their response, plaintiffs assert that the regulation pertaining to filing of administrative claims for damages is invalid and the Court should

invoke its equity jurisdiction.

2.  <u>The time for the United States to serve a reply.</u>  Plaintiff served their opposition to defendants' motion for judgment on the pleadings on March 31, 2006.  Pursuant to LCvR 7(d) and Fed. R. Civ. P. 6(e), defendants are required to serve their reply brief on or before April 10, 2006.

3.  <u>Relief Requested.</u>  Plaintiffs' opposition challenges, in part, the validity of the regulation, which explains the appropriate steps to filing an administrative claim for damages.  Defendants require additional time to fully examine, research, and fully respond to plaintiffs' challenge.  The Internal Revenue Service advised that it anticipates providing advice and assistance on the regulation by close of business on April 14, 2006.  Defendants request an additional five business days to compose and file their reply in support of their motion for judgment on the pleadings.

4.  <u>The Court has discretion to grant this motion.</u>  Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for serving a response to the motion.  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its

-2-

> discretion "for cause shown." What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p.6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987). Defendants have not been guilty of negligence or bad faith, nor has the privilege of extensions been abused.

## CONCLUSION

Based upon the foregoing, defendants respectfully request that the Court grant this motion and extend the time by which they must serve a reply in support of their motion for judgment on the pleadings up to and including April 21, 2006.

DATED:    April 10, 2006.          Respectfully submitted,

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney, Tax Division
U. S. Department of Justice
P. O. Box 227, Ben Franklin Station
Washington, DC 20044
Phone/Fax:  (202) 307-6555/514-6866
Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney