IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT, ) | |
| LYSSA ROYAL HOLT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 1:05-1692-RMU |
| ) | |
| CYNTHIA DAVIDSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered the DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED,

ORDERED that defendants must file and serve a reply in support of their motion for judgment on the pleadings on or before April 21, 2006, and it is further

ORDERED that the Clerk shall distribute copies of this order to the individuals listed below.

SO ORDERED this \_\_\_\_ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Ronald & Lyssa Holt
2241 East Kathleen Road
Phoenix, AZ 85022