IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD L. HOLT, <br> LYSSA ROYAL HOLT, <br><br> Plaintiffs, <br><br> v. <br><br> CYNTHIA DAVIDSON, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:05-1692-RMU <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SERVE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 10, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Ronald & Lyssa Holt
> 2241 East Kathleen Road
> Phoenix, AZ 85022

> /s/ Jennifer L. Vozne
> JENNIFER L. VOZNE

1636925.1