RECEIVED
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Private Citizen Ronald L. Holt
c/o 2241 East Kathleen Road
Phoenix, Arizona 85022
Plaintiff *In Propria Persona*

Private Citizen Lyssa Royal Holt
c/o 2241 East Kathleen Road
Phoenix, Arizona 85022
Plaintiff *In Propria Persona*
Judiciary Act of 1789 § 35

# district court of the United States[1]
# District of Columbia

Private Citizen Ronald L. Holt; and,      Case Nº: 1:05-cv-1692-RMU
Private Citizen Lyssa Royal Holt

        Plaintiffs,
        v.

CYNTHIA DAVIDSON; MARK
CARNICLE; ELIZABETH MARRIAGA;
INTERNAL REVENUE SERVICE;
and, UNITED STATES OF AMERICA

        Defendants.

PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S
REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff hereby moves the Court for leave to file a sur-reply to respond to certain omissions and misrepresentations by counsel in defendant's reply in support of Motion for Judgment on the Pleadings (sic):

1.     Defendant's Motion for Judgment on the Pleadings is, in its context, a motion to dismiss for failure to state a claim under Fed.R.Civ.P. 12(b)(6), stating, "...plaintiffs have failed to state a claim..." MJP, p.4  Plaintiff responded to the issues raised by

---

[1] As designated in Title 26, United States Code, § 7433.

1

counsel in defendant's Motion. Plaintiff did not, as counsel "presumes" in the reply, agree to abandon a refund claim not made. Defendant's Motion raised that issue as well as asserting failure to state a claim, and, having so raised the issue, the mischaracterized 12(b)(6) motion must be treated as a Motion for Summary Judgment. See: Fed. R. Civ. P. 12(b).

2. The Rule states,

> If, on a motion asserting the defense numbered (6) to dismiss for failure of the pleading to state a claim upon which relief can be granted, matters outside the pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and disposed of as provided in Rule 56, and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56.

3. Counsel's creative mischaracterization of a Fed. R. Civ. P. 12(b)(6) motion does not change the nature of the motion.

We therefore move the Court for leave to file our Sur-Reply, lodged concurrently.

Respectfully entered this 22nd day of June, 2006.

_____
Ronald L. Holt

_____
Lyssa Royal Holt

Copies mailed this 22 day of June, 2006 to:

Jennifer L. Vozne
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, District of Columbia 20044

RA 511 832 895 US

_____
Ronald L. Holt