UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| RONALD L. HOLT, <br> LYSSA ROYAL HOLT, | : <br> : <br> : | | |
| Plaintiffs, | : <br> : | Civil Action No.: | 05-1692 (RMU) |
| v. | : <br> : | Document No.: | 14 |
| CYNTHIA DAVIDSON *et al.*, | : <br> : | | |
| Defendants. | : | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 31st day of July, 2006,

**ORDERED** that the defendants' motion for a judgment on the pleadings is **GRANTED**.

**SO ORDERED**.

                                                                                   RICARDO M. URBINA
                                                            United States District Judge